

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| WILLIAM ANDREW BURRELL, | § | No. 08-25-00009-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 453rd District Court |
| MIRELLE BENITA, | § | of Hays County, Texas |
| Appellee. | § | (TC# 24-1556) |
| | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and order that this decision to be certified below for observance.

IT IS SO ORDERED this 19th day of February 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.